# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RUSSIAN RECOVERY FUND LIMITED, RUSSIAN RECOVERY ADVISORS, L.L.C., Tax Matters Partner and Noticed Party,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 08-mc-10214-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## LOCAL RULE 7.3 DISCLOSURE STATEMENT OF PETITIONER

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, the undersigned counsel of record for Petitioner Russian Recovery Fund Limited ("RRF") hereby certifies that RRF has no parent corporation and that there is no publicly held corporation that owns 10% or more of RRF's interests.

Respectfully submitted,

/s/ Loretta R. Richard
Loretta R. Richard (BBO#552208)
  loretta.richard@ropesgray.com
Justin J. Wolosz (BBO#643543)
  justin.wolosz@ropesgray.com
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Attorneys for Petitioner RUSSIAN RECOVERY FUND LIMITED, RUSSIAN RECOVERY ADVISORS, L.L.C., Tax Matters Partner and Noticed Party

Dated: August 6, 2008

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 6, 2008.

/s/ F. Turner Buford
F. Turner Buford
